# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

153687

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAWRENCE LEE BYARD,
      Defendant-Appellant.

SC: 153687
COA: 324870
Cheboygan CC: 01-002488-FH

_____/

On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk

p1110